UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ELIZABETH FRIEDMAN, on Behalf of Herself
and All Other Similarly Situated Persons,

                    Plaintiff,

      - against -

AMOS WEINBERG,

                    Defendant.

------------------------------------------------------------X

**JUDGMENT**

CV-01-5452 (ADS)

A Memorandum and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on July 19, 2003, granting defendant's motion for summary judgment, and denying plaintiff's cross-motion for summary judgment, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; that defendant's motion for summary judgment is granted; and that plaintiff's cross-motion for summary judgment is denied.

Dated: Long Island, New York
         July 25, 2003

                                      ROBERT C. HEINEMANN
                                      CLERK OF THE COURT

                        By:   /s/ Ralph Branciforte
                                      Deputy Clerk